HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ASSUREDPARTNERS OF WASHINGTON, LLC,

Plaintiff,

v.

MARK ACARREGUI and ALLIANT INSURANCE SERVICES, INC.,

Defendants.

Case No. 2:20-cv-00290 BJR

TEMPORARY RESTRAINING ORDER

This cause coming to be heard on Plaintiff AssuredPartners of Washington, LLC's ("Assured") Emergency Motion for Temporary Restraining Order and Preliminary Injunction, notice having been given and this Court having reviewed and considered Assured's Motion and the papers in support thereof, and having heard the arguments of counsel,

THE COURT HEREBY FINDS AS FOLLOWS:

(i) This Court has personal jurisdiction over the parties, and venue is proper in this Court;

(ii) Assured has a strong likelihood of success on the merits;

(iii) Assured would suffer irreparable injury absent a temporary restraining order;

(iv) The issuance of a temporary restraining order would not cause substantial harm to others; and

TEMPORARY RESTRAINING ORDER
(CASE NO. 20-00290 BJR)

SEYFARTH SHAW LLP
Attorneys at Law
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
(206) 946-4910

(v) The public interest would be served by issuance of the injunction.

Wherefore, IT IS HEREBY ORDERED that Assured's motion is GRANTED as follows:

1. Defendant Mark Acarregui ("Acarregui"), and all parties in active concert or participation with him who receive actual notice of this Order by personal service or otherwise, are temporarily enjoined from using or disclosing any of Assured's confidential, proprietary, and/or trade secret information;

2. Acarregui is temporarily enjoined from contacting or soliciting any Assured client or prospective client with whom Acarregui was involved or about whom Acarregui possessed confidential information during the two (2) years immediately preceding Acarregui's termination of employment from Assured. Acarregui is further temporarily enjoined from contacting or soliciting any Assured client or prospective client of the Assured office where Acarregui was employed during the two (2) years immediately preceding Acarregui's termination of employment from Assured;

3. Acarregui and all parties in active concert with him who receive actual notice of this Order by personal service or otherwise shall return to Assured all originals and copies of any and all files, devices, and/or documents that contain or relate to Assured's confidential and proprietary information, including without limitation, all computers, electronic media, PDAs, and electronic storage devices;

4. Acarregui and all parties in active concert with him who receive actual notice of this Order by personal service or otherwise shall produce for inspection and imaging all computers, cellular phones, smartphones, and other electronic storage devices and email accounts belonging to, under the control of, accessible to, or operated by them that contain Assured's confidential and proprietary information;

5. A hearing shall be held on Assured's Motion for a Preliminary Injunction on a date to be determined by the Court;

TEMPORARY RESTRAINING ORDER
(CASE NO. 20-00290 BJR)

SEYFARTH SHAW LLP
Attorneys at Law
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
(206) 946-4910

6. This Order shall be effective until the 13th of March, 2020, and no longer, without the further order of this Court.

IT IS SO ORDERED.

DATED this 28th day of February 2020.

_____
The Honorable Barbara J. Rothstein

TEMPORARY RESTRAINING ORDER
(CASE NO. 20-00290 BJR)

Seyfarth Shaw LLP
Attorneys at Law
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
(206) 946-4910