The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ASSUREDPARTNERS OF WASHINGTON, LLC,

    Plaintiff,

v.

MARK ACARREGUI and ALLIANT INSURANCE SERVICES, INC.,

    Defendants.

NO. 2:20-cv-00290 BJR

**STIPULATED MOTION AND ORDER TO EXTEND THE TEMPORARY RESTRAINING ORDER AND AMEND RELATED DEADLINES**

Plaintiff AssuredPartners of Washington LLC (Assured), Defendant Mark Acarregui, and Defendant Alliant Insurance Services Inc. (Alliant), having come to certain agreements between them, jointly request that this Court enter an order granting the following relief:

(1)     The temporary restraining order (Dkt. 15) which by its terms is set to expire on March 13, 2020, shall continue in full force and effect until March 20, 2020.

(2)     The March 9, 2020, deadline for Defendants to file papers opposing Plaintiff's application for temporary restraining order (Dkt. 16) is hereby vacated.

STIPULATED MOTION AND ORDER TO EXTEND THE
TEMPORARY RESTRAINING ORDER AND AMEND RELATED
DEADLINES (NO. 2:20-CV-00290 BJR) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED this 10th day of March, 2020.

| | |
|---|---|
| SEYFARTH SHAW LLP | BYRNES KELLER CROMWELL LLP |
| By /s/ J. Scott Humphrey<br>J. Scott Humphrey (admitted *pro hac vice*)<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Phone: (312) 460-5000<br>Fax: (312) 460-7000<br>Shumphrey@seyfarth.com<br><br>Helen M. McFarland, WSBA #51012<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: (206) 946-4910<br>Fax: (206) 260-8839<br>hmcfarland@seyfarth.com<br><br>***Attorneys for Plaintiff AssuredPartners*** | By /s/ Keith D. Petrak<br>Keith D. Petrak, WSBA #19159<br>By /s/ Jacob A. Zuniga<br>Jacob A. Zuniga, WSBA #48458<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email:kpetrak@byrneskeller.com<br>jzuniga@byrneskeller.com<br><br>Debra L. Fischer (admitted *pro hac vice*)<br>Adam E. Wagmeister (admitted *pro hac vice*)<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Phone:(310) 907-1000<br>Debra.fischer@morganlewis.com<br>Adam.wagmeister@morganlewis.com<br>***Attorneys for Defendants*** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 10th day of March, 2020.

*/s/ Barbara J. Rothstein*
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND THE
TEMPORARY RESTRAINING ORDER AND AMEND RELATED
DEADLINES (NO. 2:20-CV-00290 BJR) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Proposed by:

| SEYFARTH SHAW LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ J. Scott Humphrey<br>J. Scott Humphrey (admitted *pro hac vice*)<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Phone: (312) 460-5000<br>Fax: (312) 460-7000<br>Shumphrey@seyfarth.com<br><br>Helen M. McFarland, WSBA #51012<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: (206) 946-4910<br>Fax: (206) 260-8839<br>hmcfarland@seyfarth.com<br><br>***Attorneys for Plaintiff AssuredPartners*** | By /s/ Keith D. Petrak<br>Keith D. Petrak, WSBA #19159<br>By /s Jacob A. Zuniga<br>Jacob A. Zuniga, WSBA #48458<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email:kpetrak@byrneskeller.com<br>jzuniga@byrneskeller.com<br><br>Debra L. Fischer (admitted *pro hac vice*)<br>Adam E. Wagmeister (admitted *pro hac vice*)<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Phone:(310) 907-1000<br>Debra.fischer@morganlewis.com<br>Adam.wagmeister@morganlewis.com<br>***Attorneys for Defendants*** |

STIPULATED MOTION AND ORDER TO EXTEND THE
TEMPORARY RESTRAINING ORDER AND AMEND RELATED
DEADLINES (NO. 2:20-CV-00290 BJR) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000