The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ASSUREDPARTNERS OF WASHINGTON LLC,

Plaintiff,

v.

MARK ACARREGUI and ALLIANT INSURANCE SERVICES INC.,

Defendants.

NO. 2:20-cv-00290 BJR

**STIPULATED MOTION AND ORDER REGARDING EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING**

Plaintiff AssuredPartners of Washington LLC (Assured), Defendant Mark Acarregui, and Defendant Alliant Insurance Services Inc. (Alliant), having come to certain agreements between them, jointly request that this Court enter an order as follows:

(1) Expedited discovery and briefing related to Assured's motion for a preliminary injunction shall proceed according to the schedule set forth in Exhibit A.

(2) The temporary restraining order (Dkt. 15), which by its terms is set to expire on March 20, 2020, shall continue in full force and effect until the Court rules on Assured's motion for a preliminary injunction, if such a motion is filed according to the briefing schedule set forth in Exhibit A. If no motion is filed according to that briefing schedule, the temporary restraining order shall immediately dissolve

STIPULATED MOTION AND ORDER REGARDING EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING (NO. 2:20-CV-00290 BJR) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

unless further agreement is made by the parties or the temporary restraining order is continued by the Court for good cause.

## EXHIBIT A

### Schedule for Expedited Discovery & Preliminary Injunction Briefing

| Deadline | Event |
|---|---|
| On or before 5 p.m. PST on March 17, 2020 | **Service of written discovery requests.** There shall be no more than 12 document requests per side (this limitation applies collectively to requests by subpoena to third parties), and five interrogatories per side. Written discovery should be narrowly tailored to minimize potential objections and to make responses and productions on an expedited basis feasible. |
| On or before 5 p.m. PST on March 23, 2020 | **Responses to requests for production.** The parties shall meet to confer about any objection to a document request within two days of service of any objection. |
| On or before 5 p.m. PST on March 25, 2020 | **Responses to interrogatories.** The parties shall meet to confer about any objection within two days of service of any objection. |
| On or before 5 p.m. PST on March 27, 2020 | **Document productions.** The parties shall produce all documents that are responsive to a request for production, and which are not subject to an objection, by this date. |
| On or before 5 p.m. PST on March 30, 2020 | **Service of deposition notices.** There shall be two depositions per side (including third parties). The parties shall meet and confer in good faith to agree on a comprehensive deposition schedule prior to the commencement of depositions. To the extent any side seeks a Rule 30(b)(6) deposition, written objections to topics of deposition shall be served within two days of service of the deposition notice and the parties shall meet and confer regarding the objections within one day of service of the objections. |

STIPULATED MOTION AND ORDER REGARDING
EXPEDITED DISCOVERY AND PRELIMINARY
INJUNCTION BRIEFING (NO. 2:20-CV-00290 BJR) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

| Deadline | Event |
|---|---|
| April 7, 2020 | **Time to complete depositions.** Each deposition shall be limited to four hours of testimony each (without prejudice to a party's ability to complete any deposition after Plaintiff's application for a preliminary injunction, if any, is adjudicated). The parties may conduct the depositions by video conference. |
| April 10, 2020 | **Plaintiff's deadline to file a motion for a preliminary injunction.** Plaintiff shall file and serve its preliminary injunction papers by this date. |
| April 17, 2020 | **Defendants to oppose motion for a preliminary injunction.** Defendants shall file and serve their opposition papers, if any, by this date. |
| April 21, 2020 | **Plaintiff's deadline to reply.** Plaintiff shall file and serve any reply papers by this date. |
| April 23, 2020 | **Date of Hearing.** Plaintiff shall note its motion for preliminary injunction for hearing on this date. The parties may appear by telephone for oral argument regarding Plaintiff's motion for preliminary injunction. |

STIPULATED MOTION AND ORDER REGARDING EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING (NO. 2:20-CV-00290 BJR) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED this 13th day of March, 2020.

| SEYFARTH SHAW LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ Helen M. McFarland<br>Helen M. McFarland, WSBA #51012<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: (206) 946-4910<br>Fax: (206) 260-8839<br>hmcfarland@seyfarth.com<br><br>J. Scott Humphrey (admitted *pro hac vice*)<br>Besma Fakhri (admitted *pro hac vice*)<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Phone: (312) 460-5000<br>Fax: (312) 460-7000<br>Shumphrey@seyfarth.com<br>bfkahri@seyfarth.com<br>***Attorneys for Plaintiff AssuredPartners*** | By /s/ Keith D. Petrak<br>Keith D. Petrak, WSBA #19159<br><br>By /s/ Jacob A. Zuniga<br>Jacob A. Zuniga, WSBA #48458<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email:kpetrak@byrneskeller.com<br>jzuniga@byrneskeller.com<br><br>Debra L. Fischer (admitted *pro hac vice*)<br>Adam E. Wagmeister (admitted *pro hac vice*)<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Phone:(310) 907-1000<br>Debra.fischer@morganlewis.com<br>Adam.wagmeister@morganlewis.com<br>***Attorneys for Defendants*** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 16th day of March, 2020.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND ORDER REGARDING
EXPEDITED DISCOVERY AND PRELIMINARY
INJUNCTION BRIEFING (NO. 2:20-CV-00290 BJR) - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Proposed by:

| | |
|---|---|
| SEYFARTH SHAW LLP | BYRNES KELLER CROMWELL LLP |
| By /s/ Helen M. McFarland<br>Helen M. McFarland, WSBA #51012<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: (206) 946-4910<br>Fax: (206) 260-8839<br>hmcfarland@seyfarth.com | By /s/ Keith D. Petrak<br>Keith D. Petrak, WSBA #19159<br><br>By /s/ Jacob A. Zuniga<br>Jacob A. Zuniga, WSBA #48458<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email:kpetrak@byrneskeller.com<br>jzuniga@byrneskeller.com |
| J. Scott Humphrey (admitted *pro hac vice*)<br>Besma Fakhri (admitted *pro hac vice*)<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Phone: (312) 460-5000<br>Fax: (312) 460-7000<br>Shumphrey@seyfarth.com<br>bfkahri@seyfarth.com<br>***Attorneys for Plaintiff AssuredPartners*** | Debra L. Fischer (admitted *pro hac vice*)<br>Adam E. Wagmeister (admitted *pro hac vice*)<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Phone:(310) 907-1000<br>Debra.fischer@morganlewis.com<br>Adam.wagmeister@morganlewis.com<br>***Attorneys for Defendants*** |

STIPULATED MOTION AND ORDER REGARDING
EXPEDITED DISCOVERY AND PRELIMINARY
INJUNCTION BRIEFING (NO. 2:20-CV-00290 BJR) - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 13th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Jacob A. Zuniga
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
jzuniga@byrneskeller.com

STIPULATED MOTION AND ORDER REGARDING EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING (NO. 2:20-CV-00290 BJR) - 6

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000