1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

10 ASSUREDPARTNERS OF WASHINGTON
LLC,

11                                        Plaintiff,

12        v.

13 MARK ACARREGUI and ALLIANT
INSURANCE SERVICES INC.,

14

15                                        Defendants.

NO. 2:20-cv-00290 BJR

**STIPULATED MOTION AND
AMENDED ORDER REGARDING
EXPEDITED DISCOVERY AND
PRELIMINARY INJUNCTION
BRIEFING**

16        Plaintiff AssuredPartners of Washington LLC (Assured), Defendant Mark Acarregui, and

17 Defendant Alliant Insurance Services Inc. (Alliant), having come to certain agreements between

18 them due to scheduling and logistics issues caused by the current COVID-19 crisis and pending

19 discovery disputes, jointly request that this Court enter an order as follows:

20        (1) Expedited discovery and briefing related to Assured's motion for a preliminary

21              injunction shall proceed according to the amended schedule set forth in Exhibit A.

22        (2) The temporary restraining order (Dkt. 15) shall continue in full force and effect until

23              the Court rules on Assured's motion for a preliminary injunction, if such a motion is

24              filed according to the briefing schedule set forth in Exhibit A. If no motion is filed

25              according to that briefing schedule, the temporary restraining order shall immediately

26

STIPULATED MOTION AND AMENDED ORDER
REGARDING EXPEDITED DISCOVERY AND PRELIMINARY
INJUNCTION BRIEFING (NO. 2:20-CV-00290 BJR) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

dissolve unless further agreement is made by the parties or the temporary restraining order is continued by the Court for good cause.

## EXHIBIT A

### Amended Schedule for Expedited Discovery & Preliminary Injunction Briefing

| Prior Deadline | New Deadline | Event |
|---|---|---|
| On or before 5 p.m. PST on March 30, 2020 | On or before 5 p.m. PST on April 6, 2020 | **Service of deposition notices**. There shall be two depositions per side (including third parties). The parties shall meet and confer in good faith to agree on a comprehensive deposition schedule prior to the commencement of depositions.  To the extent any side seeks a Rule 30(b)(6) deposition, written objections to topics of deposition shall be served within two days of service of the deposition notice and the parties shall meet and confer regarding the objections within one day of service of the objections. |
| April 7, 2020 | May 1, 2020 | **Time to complete depositions**. Each deposition shall be limited to four hours of testimony each (without prejudice to a party's ability to complete any deposition after Plaintiff's application for a preliminary injunction, if any, is adjudicated).  The parties may conduct the depositions by a mutually-acceptable web-based interface for remote depositions (e.g., TSG Reporting's LiveLitigation software). |
| April 10, 2020 | May 8, 2020 | **Plaintiff's deadline to file a motion for a preliminary injunction.** Plaintiff shall file and serve its preliminary injunction papers by this date. |
| April 17, 2020 | May 22, 2020 | **Defendants to oppose motion for a preliminary injunction.** Defendants shall file and serve their opposition papers, if any, by this date. |
| April 21, 2020 | May 29, 2020 | **Plaintiff's deadline to reply**. Plaintiff shall file and serve any reply papers by this date. |

Byrnes ♦ Keller ♦ Cromwell llp
38th Floor
1000 Second Avenue
Seattle, Washington  98104
(206) 622-2000

| Prior Deadline | New Deadline | Event |
|---|---|---|
| April 23, 2020 | June 1, 2020 | **Date of Hearing**. Plaintiff shall note its motion for preliminary injunction for hearing on this date. The parties may appear by telephone for oral argument regarding Plaintiff's motion for preliminary injunction. |

DATED this 31st day of March, 2020.

SEYFARTH SHAW LLP                              BYRNES KELLER CROMWELL LLP

By /s/ Helen M. McFarland                      By /s/ Keith D. Petrak
   Helen M. McFarland, WSBA #51012            Keith D. Petrak, WSBA #19159
   800 Fifth Avenue, Suite 4100
   Seattle, WA 98104
   Phone: (206) 946-4910                      By /s/ Jacob A. Zuniga
   Fax: (206) 260-8839                           Jacob A. Zuniga, WSBA #48458
   hmcfarland@seyfarth.com                       1000 Second Avenue, 38th Floor
                                 Seattle, WA 98104
J. Scott Humphrey (admitted *pro hac vice*)       Phone: (206) 622-2000
Besma Fakhri (admitted *pro hac vice*)            Fax: (206) 622-2522
Seyfarth Shaw LLP                                 Email:kpetrak@byrneskeller.com
233 South Wacker Drive, Suite 8000                jzuniga@byrneskeller.com
Chicago, IL 60606-6448
Phone: (312) 460-5000                          Debra L. Fischer (admitted *pro hac vice*)
Fax: (312) 460-7000                            Seth M. Gerber (admitted *pro hac vice*)
Shumphrey@seyfarth.com                         Adam E. Wagmeister (admitted *pro hac vice*)
bfkahri@seyfarth.com                           Morgan Lewis & Bockius LLP
***Attorneys for Plaintiff***                  2049 Century Park East, Suite 700
                                 Los Angeles, CA 90067-3109
                                 Phone:(310) 907-1000
                                 Debra.fischer@morganlewis.com
                                 Seth.gerber@morganlewis.com
                                 Adam.wagmeister@morganlewis.com
                                 ***Attorneys for Defendants***

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 1st day of April, 2020.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND AMENDED ORDER
REGARDING EXPEDITED DISCOVERY AND PRELIMINARY
INJUNCTION BRIEFING (NO. 2:20-CV-00290 BJR) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Proposed by:

SEYFARTH SHAW LLP

BYRNES KELLER CROMWELL LLP

By /s/ Helen M. McFarland
    Helen M. McFarland, WSBA #51012
    800 Fifth Avenue, Suite 4100
    Seattle, WA 98104
    Phone: (206) 946-4910
    Fax: (206) 260-8839
    hmcfarland@seyfarth.com

J. Scott Humphrey (admitted *pro hac vice*)
Besma Fakhri (admitted *pro hac vice*)
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Phone: (312) 460-5000
Fax: (312) 460-7000
Shumphrey@seyfarth.com
bfkahri@seyfarth.com
***Attorneys for Plaintiff***

By /s/ Keith D. Petrak
    Keith D. Petrak, WSBA #19159

By /s/ Jacob A. Zuniga
    Jacob A. Zuniga, WSBA #48458
    1000 Second Avenue, 38th Floor
    Seattle, WA 98104
    Phone: (206) 622-2000
    Fax: (206) 622-2522
    Email:kpetrak@byrneskeller.com
    jzuniga@byrneskeller.com

Debra L. Fischer (admitted *pro hac vice*)
Seth M. Gerber (admitted *pro hac vice*)
Adam E. Wagmeister (admitted *pro hac vice*)
Morgan Lewis & Bockius LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Phone:(310) 907-1000
Debra.fischer@morganlewis.com
Seth.gerber@morganlewis.com
Adam.wagmeister@morganlewis.com
***Attorneys for Defendants***

STIPULATED MOTION AND AMENDED ORDER
REGARDING EXPEDITED DISCOVERY AND PRELIMINARY
INJUNCTION BRIEFING (NO. 2:20-CV-00290 BJR) - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000