HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASSUREDPARTNERS OF WASHINGTON, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK ACARREGUI, ALLIANT INSURANCE SERVICES, INC., and JO-ANN PABALATE,<br><br>Defendants. | Case No. 2:20-cv-00290 BJR<br><br>ORDER GRANTING STIPULATED TEMPORARY RESTRAINING ORDER AGAINST DEFENDANT JO-ANN PABALATE |

IT IS HEREBY STIPULATED by and between Plaintiff AssuredPartners of Washington, LLC ("Assured") and Defendant Jo-Ann Pabalate ("Pabalate"), by and through their respective counsel of record, as follows:

WHEREAS, on April 16, 2020, Assured filed an Amended Verified Complaint in this matter adding Pabalate as a defendant and asserting claims against her, including for misappropriation of trade secrets and breach of contract relating to restrictive covenants in her employee agreement with Assured;

WHEREAS, Assured and Pabalate agree to the terms of this Stipulation;

WHEREAS, Assured and Pabalate agree that this Stipulation and Order shall not be construed as an admission by Defendants as to liability or wrongdoing on any aspect of Assured's

ORDER GRANTING STIPULATED
TEMPORARY RESTRAINING ORDER
(CASE NO. 20-00290 BJR)

SEYFARTH SHAW LLP
Attorneys at Law
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
(206) 946-4910

claims;

WHEREAS Pabalate stipulates to temporary injunctive relief pursuant to the terms below without the post of any bond by Assured;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Assured and Pabalate, through their respective counsel, that the Court shall enter a Stipulated Temporary Injunction against Pabalate pursuant to the terms below.

**IT IS SO STIPULATED.**

PREG O'DONNELL & GILLETT PLLC

  s/ *Eric P. Gillett*
Eric P. Gillett, WSBA #23691
Attorneys for Jo-Ann Pabalate

SEYFARTH SHAW LLP

  s/ *J. Scott Humphrey*
  s/ *Helen M. McFarland*
  s/ *Besma Fakhri*
J. Scott Humphrey, Esq. (*pro hac vice*)
Helen M. McFarland, WSBA 51012
Besma Fakhri (*pro hac vice*)
Attorneys for Assured Partners
of Washington, LLC

ORDER GRANTING STIPULATED
TEMPORARY RESTRAINING ORDER
(CASE NO. 20-00290 BJR)

SEYFARTH SHAW LLP
Attorneys at Law
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
(206) 946-4910

# STIPULATED TEMPORARY RESTRAINING ORDER

Having read and considered Plaintiff AssuredPartners of Washington, LLC ("Assured") and Defendant Jo-Ann Pabalate's ("Pabalate") Stipulation, and for good cause shown, the Stipulation is approved. The COURT HEREBY ORDERS AS FOLLOWS:

1. Defendant Jo-Ann Pabalate ("Pabalate"), and all parties in active concert or participation with her who receive actual notice of this Order by personal service or otherwise, are temporarily enjoined from using, accessing, possessing or disclosing any of Assured's confidential, proprietary, and/or trade secret information;

2. Pabalate is temporarily enjoined from the following:

   a. Offering, selling, soliciting, quoting, placing, providing, renewing, or servicing any insurance product or service to, or on behalf of, any Restricted Client,

   b. Taking any action, intended or reasonably likely, to cause any vendor, insurance carrier, wholesale broker, Restricted Client, other client of Assured, or any other third party with a material business relationship with Assured to cease or refrain from doing business with Assured, and

   c. Soliciting, hiring, engaging, or seeking to induce any of Assured's employees to terminate such employee's employment with Assured for any reason, including, without limitation, to work for Pabalate or a competitor of Assured;

3. For purposes of this Order, "Restricted Client" means the following:

   a. Any client of Assured at the office where Pabalate was employed during the two (2) years immediately preceding the date on which Pabalate's employment with Assured ended (the "Separation Date"),

   b. Any client of Assured during the two (2) years immediately preceding the Separation Date to which Pabalate had some involvement in proposing, selling, quoting, placing, providing, servicing, or renewing any insurance product or service or about whom Pabalate received Assured confidential information, or

ORDER GRANTING STIPULATED
TEMPORARY RESTRAINING ORDER
(CASE NO. 20-00290 BJR)

SEYFARTH SHAW LLP
Attorneys at Law
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
(206) 946-4910

      c.    Any prospective client of Assured within the two (2) years immediately preceding the Separation Date as to which Pabalate had involvement in proposing, selling, quoting, placing, providing, servicing, or renewing any insurance product or service or about whom Pabalate received Assured confidential information;

4.    Pabalate and all parties in active concert with her who receive actual notice of this Order by personal service or otherwise shall return to Assured all Assured property, including without limitation, all Assured-issued computers, electronic media, PDAs, and electronic storage devices, and shall return to Assured all originals and copies of any and all files and/or documents that contain or were derived from Assured's confidential and proprietary information.

5.    Pabalate and all parties in active concert with her who receive actual notice of this Order by personal service or otherwise shall arrange for a neutral forensic examiner to acquire full forensic images of all computers, cellular phones, smartphones, and other electronic storage devices and email accounts belonging to, under the control of, accessible to, or operated by them that contain Assured's confidential and proprietary information, which the neutral forensic examiner shall examine based on a mutually agreeable forensic examination protocol involving search terms (including hash values, file names and search terms derived from files Assured alleges Pabalate took).

6.    This Stipulated Temporary Restraining Order shall not be construed as an admission by Defendants as to liability on any aspect of Assured's claims or that any of the information at issue is confidential, proprietary, or trade secret.

7.    This Stipulated Temporary Restraining Order shall be effective without the posting of any bond or undertaking by Assured, as Pabalate has waived such requirement.

8.    Assured and Pabalate agree that certain limited and expedited discovery is necessary before a hearing on Assured's Motion for a Preliminary Injunction and will provide a proposed expedited discovery schedule to the Court on or before April 22, 2020.

9.    This Order shall be effective until June 1, 2020, and no longer, without the further

ORDER GRANTING STIPULATED
TEMPORARY RESTRAINING ORDER
(CASE NO. 20-00290 BJR)

SEYFARTH SHAW LLP
Attorneys at Law
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
(206) 946-4910

1  order of this Court.

2      IT IS SO ORDERED.

3

4      DATED this 21st day of April 2020.

                                                          _____
                                                          The Honorable Barbara J. Rothstein

ORDER GRANTING STIPULATED
TEMPORARY RESTRAINING ORDER
(CASE NO. 20-00290 BJR)