The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASSUREDPARTNERS OF WASHINGTON LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK ACARREGUI, ALLIANT INSURANCE SERVICES, INC., and JO-ANN PABALATE<br><br>Defendants. | NO. 2:20-cv-00290 BJR<br><br>**STIPULATED MOTION AND ORDER REGARDING THE BRIEFING SCHEDULE GOVERNING PLAINTIFF'S AMENDED MOTION FOR AN ORDER TO SHOW CAUSE (DKT. 33) AND PLAINTIFF'S MOTION TO SEAL (DKT. 34)** |

Plaintiff AssuredPartners of Washington LLC ("Assured"), Defendant Mark Acarregui ("Acarregui"), and Defendant Alliant Insurance Services, Inc. ("Alliant"), having come to certain agreements between them, jointly agree that circumstances created by the current health crisis constitute good cause to extend briefing schedules on pending motions, and request that this Court order as follows:

(1) Defendant Acarregui's brief and supporting papers opposing Assured's Amended Motion for an Order to Show Cause (Dkt. 33) shall be filed on April 28, 2020. Defendants Acarregui and Alliant's response to Plaintiff's Motion to Seal (Dkt. 34) shall be filed that same day.

STIPULATED MOTION AND ORDER REGARDING THE BRIEFING SCHEDULE GOVERNING PLAINTIFF'S AMENDED MOTION FOR AN ORDER TO SHOW CAUSE (DKT. 33) AND PLAINTIFF'S MOTION TO SEAL (DKT. 34) - 1
(CASE NO. 2:20-CV-00290-BJR)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

(2) Plaintiff Assured's reply to each aforementioned response, if any, shall be filed on or before May 12, 2020.

DATED this 21st day of April, 2020.

| SEYFARTH SHAW LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ Helen M. McFarland<br>　　Helen M. McFarland, WSBA #51012<br>　　800 Fifth Avenue, Suite 4100<br>　　Seattle, WA 98104<br>　　Phone: (206) 946-4910<br>　　Fax: (206) 260-8839<br>　　hmcfarland@seyfarth.com<br><br>J. Scott Humphrey (admitted *pro hac vice*)<br>Besma Fakhri (admitted *pro hac vice*)<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Phone: (312) 460-5000<br>Fax: (312) 460-7000<br>shumphrey@seyfarth.com<br>bfkahri@seyfarth.com<br>***Attorneys for Plaintiff*** | By /s/ Keith D. Petrak<br>　　Keith D. Petrak, WSBA #19159<br>　　Jacob A. Zuniga, WSBA #48458<br>　　1000 Second Avenue, 38th Floor<br>　　Seattle, WA 98104<br>　　Phone: (206) 622-2000<br>　　Fax: (206) 622-2522<br>　　Email:kpetrak@byrneskeller.com<br>　　jzuniga@byrneskeller.com<br><br>Debra L. Fischer (admitted *pro hac vice*)<br>Seth M. Gerber (admitted *pro hac vice*)<br>Adam E. Wagmeister (admitted *pro hac vice*)<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Phone:(310) 907-1000<br>Debra.fischer@morganlewis.com<br>Seth.gerber@morganlewis.com<br>Adam.wagmeister@morganlewis.com<br>***Attorneys for Defendants Mark Acarregui and Alliant Insurance Services, Inc.*** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 23rd day of April 2020.

*/s/ Barbara J. Rothstein*

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND ORDER
REGARDING THE BRIEFING SCHEDULE
GOVERNING PLAINTIFF'S AMENDED MOTION
FOR AN ORDER TO SHOW CAUSE (DKT. 33) AND
PLAINTIFF'S MOTION TO SEAL (DKT. 34) - 2
(CASE NO. 2:20-CV-00290-BJR)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000