The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASSUREDPARTNERS OF WASHINGTON LLC,<br><br>                                Plaintiff,<br><br>     v.<br><br>MARK ACARREGUI, ALLIANT INSURANCE SERVICES INC., and JO-ANN PABALATE<br><br>                                Defendants. | NO. 2:20-cv-00290 BJR<br><br>**STIPULATED MOTION AND SECOND AMENDED ORDER REGARDING RESPONSES TO AMENDED COMPLAINT, REPLY REGARDING MOTION FOR AN ORDER TO SHOW CAUSE, AND INITIAL DISCLOSURES** |

Plaintiff AssuredPartners of Washington LLC ("Assured"), Defendant Mark Acarregui ("Acarregui"), Defendant Alliant Insurance Services Inc. ("Alliant"), and Defendant Jo-Ann Pabalate ("Pabalate"), having agreed to extend the following upcoming deadlines by one week to facilitate settlement negotiations which remain ongoing, jointly request that this Court enter an order as follows:

(1) Defendants' respective responses to the Amended Complaint for Injunctive and Other Relief (Dkt. No. 41) are to be filed on or before May 21, 2020.

(2) Assured's reply to Acarregui's opposition to Assured's Amended Motion for an Order to Show Cause and Acarregui's response to Assured's Motion to Seal are to be filed on or before May 26, 2020.

STIPULATED MOTION AND SECOND AMENDED ORDER REGARDING RESPONSES TO COMPLAINT, REPLY RE MOTION FOR AN ORDER TO SHOW CASE, INITIAL DISCLOSURES - 1
(CASE NO. 2:20-CV-00290-BJR)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

(3) The initial disclosure and joint status report schedule is modified as follows: Fed. R. Civ. P. 26(f) Conference Deadline is May 25, 2020; Initial Disclosure Deadline is June 1, 2020; Joint Status Report is due by June 8, 2020.

DATED this 14th day of May, 2020.

| SEYFARTH SHAW LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ Helen M. McFarland<br>Helen M. McFarland, WSBA #51012<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: (206) 946-4910<br>Fax: (206) 260-8839<br>hmcfarland@seyfarth.com<br><br>By /s/ J. Scott Humphrey<br>By /s/ Besma Fakhri<br>J. Scott Humphrey (admitted *pro hac vice*)<br>Besma Fakhri (admitted *pro hac vice*)<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Phone: (312) 460-5000<br>Fax: (312) 460-7000<br>shumphrey@seyfarth.com<br>bfkahri@seyfarth.com<br>***Attorneys for Plaintiff***<br><br>PREG, O'DONNELL & GILLETT PLLC<br><br>By /s/ Eric Gillett<br>Eric Peter Gillett, WSBA # 23691<br>Preg, O'Donnell & Gillett, PLLC<br>901 Fifth Avenue, Suite 3400<br>Seattle, WA 98164<br>Phone: (206) 287-1775<br>Fax: (206) 287-9113<br>egillett@pregodonnell.com<br>***Attorneys for Defendant***<br>***Jo-Ann Pabalate*** | By /s/ Keith D. Petrak<br>Keith D. Petrak, WSBA #19159<br><br>By /s/ Jacob A. Zuniga<br>Jacob A. Zuniga, WSBA #48458<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email:kpetrak@byrneskeller.com<br>jzuniga@byrneskeller.com<br><br>Debra L. Fischer (admitted *pro hac vice*)<br>Seth M. Gerber (admitted *pro hac vice*)<br>Adam E. Wagmeister (admitted *pro hac vice*)<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Phone:(310) 907-1000<br>Debra.fischer@morganlewis.com<br>Seth.gerber@morganlewis.com<br>Adam.wagmeister@morganlewis.com<br>***Attorneys for Defendants Mark Acarregui***<br>***and Alliant Insurance Services, Inc.*** |

STIPULATED MOTION AND SECOND AMENDED ORDER REGARDING RESPONSES TO COMPLAINT, REPLY RE MOTION FOR AN ORDER TO SHOW CASE, INITIAL DISCLOSURES - 2
(CASE NO. 2:20-CV-00290-BJR)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   DATED this 15th day of May 2020.

3

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

Proposed by:

| SEYFARTH SHAW LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ Helen M. McFarland<br>Helen M. McFarland, WSBA #51012<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA  98104<br>Phone:  (206) 946-4910<br>Fax:  (206) 260-8839<br>hmcfarland@seyfarth.com<br><br>By /s/ J. Scott Humphrey<br>By /s/ Besma Fakhri<br>J. Scott Humphrey (admitted *pro hac vice*)<br>Besma Fakhri (admitted *pro hac vice*)<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Phone:  (312) 460-5000<br>Fax:  (312) 460-7000<br>Shumphrey@seyfarth.com<br>bfkahri@seyfarth.com<br>***Attorneys for Plaintiff*** | By /s/ Keith D. Petrak<br>Keith D. Petrak, WSBA #19159<br><br>By /s/ Jacob A. Zuniga<br>Jacob A. Zuniga, WSBA #48458<br>1000 Second Avenue, 38th Floor<br>Seattle, WA  98104<br>Phone:  (206) 622-2000<br>Fax:  (206) 622-2522<br>Email:kpetrak@byrneskeller.com<br>jzuniga@byrneskeller.com<br><br>Debra L. Fischer (admitted *pro hac vice*)<br>Seth M. Gerber (admitted *pro hac vice*)<br>Adam E. Wagmeister (admitted *pro hac vice*)<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Phone:(310) 907-1000<br>Debra.fischer@morganlewis.com<br>Seth.gerber@morganlewis.com<br>Adam.wagmeister@morganlewis.com<br>***Attorneys for Defendants Mark Acarregui and Alliant Insurance Services, Inc.*** |
| PREG, O'DONNELL & GILLETT PLLC<br><br>By /s/ Eric Gillett<br>Eric Peter Gillett, WSBA # 23691<br>Preg, O'Donnell & Gillett, PLLC<br>901 Fifth Avenue, Suite 3400<br>Seattle, WA 98164<br>Phone: (206) 287-1775<br>Fax: (206) 287-9113<br>egillett@pregodonnell.com<br>***Attorneys for Defendant Jo-Ann Pabalate*** | |

STIPULATED MOTION AND SECOND AMENDED
ORDER REGARDING RESPONSES TO
COMPLAINT, REPLY RE MOTION FOR AN ORDER
TO SHOW CASE, INITIAL DISCLOSURES - 3
(CASE NO. 2:20-CV-00290-BJR)