The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASSUREDPARTNERS OF WASHINGTON LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK ACARREGUI, ALLIANT INSURANCE SERVICES INC., and JO-ANN PABALATE<br><br>Defendants. | NO. 2:20-cv-00290 BJR<br><br>**STIPULATED MOTION AND FOURTH AMENDED ORDER REGARDING EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING;**<br>**THIRD AMENDED ORDER REGARDING RESPONSES TO AMENDED COMPLAINT, REPLY REGARDING MOTION FOR AN ORDER TO SHOW CAUSE, AND INITIAL DISCLOSURES** |

Plaintiff AssuredPartners of Washington LLC ("Assured"), Defendant Mark Acarregui ("Acarregui"), Defendant Alliant Insurance Services Inc. ("Alliant"), and Defendant Jo-Ann Pabalate ("Pabalate"), having agreed to extend the following upcoming deadlines to facilitate ongoing settlement negotiations, jointly request that this Court enter an order as follows:

(1) Defendants' respective responses to the Amended Complaint for Injunctive and Other Relief (Dkt. No. 41) are to be filed on or before May 28, 2020.

(2) Assured's reply to Acarregui's opposition to Assured's Amended Motion for an Order

STIPULATED MOTION AND FOURTH AMENDED ORDER REGARDING EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION HEARING; THIRD AMENDED ORDER REGARDING OTHER DEADLINES - 1
(CASE NO. 2:20-CV-00290-BJR)

SEYFARTH SHAW LLP
Attorneys at Law
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
(206) 946-4910

to Show Cause and Acarregui's response to Assured's Motion to Seal are to be filed on or before June 2, 2020.

(3) The initial disclosure and joint status report schedule is modified as follows: Fed. R. Civ. P. 26(f) Conference Deadline is June 1, 2020; Initial Disclosure Deadline is June 8, 2020; Joint Status Report is due by June 15, 2020.

(4) Expedited discovery and briefing related to Assured's motion for a preliminary injunction shall proceed according to the amended schedule set forth in Exhibit A.

(5) The temporary restraining orders with respect to Acarregui (Dkt. No. 15) and Pabalate (Dkt. No. 45) shall continue in full force and effect until the Court rules on Assured's motion for a preliminary injunction, if such a motion is filed according to the briefing schedule set forth in Exhibit A. If no motion is filed according to that briefing schedule, the temporary restraining orders shall immediately dissolve unless further agreement is made by the parties or the temporary restraining order is continued by the Court for good cause.

## EXHIBIT A
**Fourth Amended Schedule for Expedited Discovery & Preliminary Injunction Briefing**

| Prior Deadline | New Deadline | Event |
| --- | --- | --- |
| May 19, 2020 | May 29, 2020 | **Time to complete depositions**. Each deposition shall be limited to four hours of testimony each (without prejudice to a party's ability to complete any deposition after Plaintiff's application for a preliminary injunction, if any, is adjudicated). The parties may conduct the depositions by a mutually-acceptable web-based interface for remote depositions (e.g., TSG Reporting's LiveLitigation software). |

STIPULATED MOTION AND FOURTH
AMENDED ORDER REGARDING EXPEDITED
DISCOVERY AND PRELIMINARY
INJUNCTION HEARING; THIRD AMENDED
ORDER REGARDING OTHER DEADLINES - 2
(CASE NO. 2:20-CV-00290-BJR)

SEYFARTH SHAW LLP
Attorneys at Law
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
(206) 946-4910

| Prior Deadline | New Deadline | Event |
|---|---|---|
| May 26, 2020 | June 2, 2020 | **Plaintiff's deadline to file a motion for a preliminary injunction.** Plaintiff shall file and serve its preliminary injunction papers by this date. |
| June 9, 2020 | June 12, 2020 | **Defendants to oppose motion for a preliminary injunction.** Defendants shall file and serve their opposition papers, if any, by this date. |
| June 16, 3030 | June 17, 2020 | **Plaintiff's deadline to reply**. Plaintiff shall file and serve any reply papers by this date. |
| June 19, 2020 | June 19, 2020 | **Date of Hearing**. Plaintiff shall note its motion for preliminary injunction for hearing on this date. The parties may appear by telephone for oral argument regarding Plaintiff's motion for preliminary injunction. |

STIPULATED MOTION AND FOURTH AMENDED ORDER REGARDING EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION HEARING; THIRD AMENDED ORDER REGARDING OTHER DEADLINES - 3
(CASE NO. 2:20-CV-00290-BJR)

SEYFARTH SHAW LLP
Attorneys at Law
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
(206) 946-4910

DATED this 19th day of May 2020.

| SEYFARTH SHAW LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By   /s/ *Helen M. McFarland*<br>Helen M. McFarland, WSBA #51012<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: (206) 946-4910<br>Fax: (206) 260-8839<br>hmcfarland@seyfarth.com | By   /s/ *Keith D. Petrak*<br>Keith D. Petrak, WSBA #19159<br><br>By   /s/ *Jacob A. Zuniga*<br>Jacob A. Zuniga, WSBA #48458<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email:kpetrak@byrneskeller.com<br>jzuniga@byrneskeller.com |
| By   /s/ *J. Scott Humphrey*<br>By   /s/ *Besma Fakhri*<br>J. Scott Humphrey (admitted *pro hac vice*)<br>Besma Fakhri (admitted *pro hac vice*)<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606-6448<br>Phone: (312) 460-5000<br>Fax: (312) 460-7000<br>shumphrey@seyfarth.com<br>bfkahri@seyfarth.com<br>***Attorneys for Plaintiff*** | Debra L. Fischer (admitted *pro hac vice*)<br>Seth M. Gerber (admitted *pro hac vice*)<br>Adam E. Wagmeister (admitted *pro hac vice*)<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Phone:(310) 907-1000<br>Debra.fischer@morganlewis.com<br>Seth.gerber@morganlewis.com<br>Adam.wagmeister@morganlewis.com<br>***Attorneys for Defendants Mark Acarregui and Alliant Insurance Services, Inc.*** |
| PREG, O'DONNELL & GILLETT PLLC | |
| By   /s/ *Eric Peter Gillett*<br>Eric Peter Gillett, WSBA # 23691<br>Preg, O'Donnell & Gillett, PLLC<br>901 Fifth Avenue, Suite 3400<br>Seattle, WA 98164<br>Phone: (206) 287-1775<br>Fax: (206) 287-9113<br>egillett@pregodonnell.com<br>***Attorneys for Defendant Jo-Ann Pabalate*** | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 21st day of May 2020.

*/s/ Barbara J. Rothstein*

HONORABLE BARBARA J. ROTHSTEIN

STIPULATED MOTION AND FOURTH
AMENDED ORDER REGARDING EXPEDITED
DISCOVERY AND PRELIMINARY
INJUNCTION HEARING; THIRD AMENDED
ORDER REGARDING OTHER DEADLINES - 4
(CASE NO. 2:20-CV-00290-BJR)

Seyfarth Shaw LLP
Attorneys at Law
800 Fifth Avenue
Suite 4100
Seattle, WA 98104
(206) 946-4910